UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ashley White & Janue White

Case No.: 19-17755 JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__Jeffrey A. Lester__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __June 25, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
54 Elmwood Terr., West Caldwell, NJ
Total Value about $640,000

Liens on property:
Provident Funding    Balance about $187,000
Bank of America, NA    Balance about $398,000

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 19-17755-JKS
Ashley C. White                                               Chapter 7
Jamie B. White
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 2         Date Rcvd: May 21, 2019
                             Form ID: pdf905              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db/jdb         +Ashley C. White,    Jamie B. White,    54 Elmwood Terrace,    West Caldwell, NJ 07006-7943
cr              Mercedes-Benz Financial Services,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
cr              Mercedes-Benz Financial Services USA, LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
518187150      +American Express Bank, FSB,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
518187151       Apex Asset Mgmt,    Box 5407,   Lancaster, PA 17606-5407
518187152      +Bank of America, NA,    100 North Tryon Street,    Charlotte, NC 28202-4000
518187153       Barnabas Health Medical Group,    Box 826504,    Philadelphia, PA 19182-6404
518187154      +Bloomingdales/DSNB,    Box 8218,   Mason, OH 45040-8218
518187155      +CC&CB,   P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518187157       Citibusiness Card,    Box 70166,   Philadelphia, PA 19176-0166
518187158      +Citicards CBNA,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
518187159     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,    P.O. Box 81577,   Austin, TX 78708-1577)
518187160      +Dermatology Group,    347 Mt. Pleasant avenue,    Suite 205,   West Orange, NJ 07052-2749
518187161      +Essex Union Podiatry,    500 Morris Avenue,    Springfield, NJ 07081-1020
518187163      +KML Law Group, P.C.,    216 Haddon Avenue,    Ste 406,   Collingswood, NJ 08108-2812
518187165      +Morristown Medical Center,    100 Madison Avenue,    Morristown, NJ 07960-6136
518187167       Provident Funding,    Box 513738,   Los Angeles, CA 90051-3738
518187169     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of NJ Div of Taxation,    Box 245,   Trenton, NJ 08695)
518187168      +Sears MasterCard,    PO Box 6275,   Sioux Falls, SD 57117-6275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 23:57:58      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 23:57:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 23:59:42
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518187149      +E-mail/Text: mreed@affcollections.com May 21 2019 23:58:00      Accurate Collection Services,
                 17 Prospect Street,    Morristown, NJ 07960-6862
518187156       E-mail/Text: bankrupt@choicerecovery.com May 21 2019 23:56:56      Choice Recovery, Inc,
                 1550 Old Henderson Road,    Suite S 100,   Columbus, OH 43220-3662
518187162       E-mail/Text: cio.bncmail@irs.gov May 21 2019 23:57:22      Internal Revenue Service,   Box 7346,
                 Philadelphia, PA 19101-7346
518187164      +E-mail/Text: M74banko@daimler.com May 21 2019 23:58:46      Mercedes-Benz Financial Services,
                 Box 961,   Roanoke, TX 76262-0961
518187166       E-mail/Text: bnc@nordstrom.com May 21 2019 23:57:19      Nordstrom,    Box 79139,
                 Phoenix, AZ 85062-9139
518187170      +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 00:00:12      Syncb/Care Credit,   Box 965036,
                 Orlando, FL 32896-5036
518187171      +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 23:59:42      Syncb/GapDC,   Box 965005,
                 Orlando, FL 32896-5005
518188664      +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 23:59:42      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 21, 2019
                              Form ID: pdf905          Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Jeffrey   Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              Ralph A Ferro, Jr   on behalf of Joint Debtor Jamie B. White ralphferrojr@msn.com
              Ralph A Ferro, Jr   on behalf of Debtor Ashley C. White ralphferrojr@msn.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
              William M.E. Powers, III   on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
                                                                                              TOTAL: 8
```