UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Mercedes-Benz Financial Services USA LLC
Our File No.: 49230
JM-5630

In Re:

Ashley C. White
Jamie B. White

Case No.: 19-17755

Hearing Date: 7-23-2019

Judge: JKS

Chapter: 7

Recommended Local Form:    ☑ Followed    ☐ Modified

**Order Filed on July 25, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 25, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Mercedes-Benz Financial Services USA LLC_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏ Real property more fully described as:

☑ Personal property more fully described as:

    2011 Mercedes-Benz C300
    Vehicle Identification Number
    WDDGF8BB0BR186704

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Ashley C. White  
Jamie B. White  
    Debtors

Case No. 19-17755-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 25, 2019  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
db/jdb      +Ashley C. White,    Jamie B. White,    54 Elmwood Terrace,    West Caldwell, NJ 07006-7943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
        Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,    NJ19@ecfcbis.com  
        Jeffrey  Lester     jlester@bllaw.com,    NJ19@ecfcbis.com  
        John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC  
         ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        Ralph A Ferro, Jr    on behalf of Joint Debtor Jamie B. White ralphferrojr@msn.com  
        Ralph A Ferro, Jr    on behalf of Debtor Ashley C. White ralphferrojr@msn.com  
        Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers    on behalf of Creditor    Provident Funding Associates, L.P.  
         ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.  
         ecf@powerskirn.com  
                                                                                                                                  TOTAL: 9