**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ashley C. White** | Social Security number or ITIN   xxx–xx–3678 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | **Jamie B. White** | Social Security number or ITIN   xxx–xx–9545 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–17755–JKS

## Order of Discharge

12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Ashley C. White                    Jamie B. White


7/26/19                            **By the court:** John K. Sherwood
                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                    Case No. 19-17755-JKS
Ashley C. White                                          Chapter 7
Jamie B. White
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 26, 2019
                             Form ID: 318          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db/jdb       +Ashley C. White,    Jamie B. White,    54 Elmwood Terrace,    West Caldwell, NJ 07006-7943
cr            Mercedes-Benz Financial Services,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN   55113-0011
cr            Mercedes-Benz Financial Services USA, LLC,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN   55113-0011
518187151     Apex Asset Mgmt,    Box 5407,   Lancaster, PA 17606-5407
518187153     Barnabas Health Medical Group,    Box 826504,   Philadelphia, PA 19182-6404
518187155    +CC&CB,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518187157     Citibusiness Card,    Box 70166,   Philadelphia, PA 19176-0166
518187160    +Dermatology Group,    347 Mt. Pleasant avenue,    Suite 205,   West Orange, NJ 07052-2749
518187161    +Essex Union Podiatry,    500 Morris Avenue,    Springfield, NJ 07081-1020
518187163    +KML Law Group, P.C.,    216 Haddon Avenue,    Ste 406,   Collingswood, NJ 08108-2812
518187165    +Morristown Medical Center,    100 Madison Avenue,    Morristown, NJ 07960-6136
518187167     Provident Funding,    Box 513738,   Los Angeles, CA 90051-3738
518187169   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of NJ Div of Taxation,    Box 245,   Trenton, NJ 08695)
518187168    +Sears MasterCard,    PO Box 6275,   Sioux Falls, SD 57117-6275


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: RMSC.COM Jul 27 2019 04:28:00     Synchrony Bank c/o PRA Receivables Management, LLC,
              PO BOX 41021,   Norfolk, VA 23541-1021
518187149    +E-mail/Text: mreed@affcollections.com Jul 27 2019 01:09:15     Accurate Collection Services,
              17 Prospect Street,    Morristown, NJ 07960-6862
518187150    +EDI: AMEREXPR.COM Jul 27 2019 04:28:00     American Express Bank, FSB,    4315 South 2700 West,
              Salt Lake City, UT 84184-0002
518187152    +EDI: BANKAMER2.COM Jul 27 2019 04:28:00     Bank of America, NA,    100 North Tryon Street,
              Charlotte, NC 28202-4000
518187154    +EDI: TSYS2.COM Jul 27 2019 04:28:00     Bloomingdales/DSNB,    Box 8218,   Mason, OH 45040-8218
518187156     E-mail/Text: bankrupt@choicerecovery.com Jul 27 2019 01:06:50     Choice Recovery, Inc,
              1550 Old Henderson Road,    Suite S 100,   Columbus, OH 43220-3662
518187158    +EDI: CITICORP.COM Jul 27 2019 04:28:00     Citicards CBNA,    701 E. 60th Street N,
              Sioux Falls, SD 57104-0432
518187159     EDI: RCSDELL.COM Jul 27 2019 04:28:00     Dell Financial Services,    P.O. Box 81577,
              Austin, TX 78708-1577
518187162     EDI: IRS.COM Jul 27 2019 04:28:00     Internal Revenue Service,    Box 7346,
              Philadelphia, PA 19101-7346
518187164    +EDI: DAIMLER.COM Jul 27 2019 04:28:00     Mercedes-Benz Financial Services,    Box 961,
              Roanoke, TX 76262-0961
518187166     E-mail/Text: bnc@nordstrom.com Jul 27 2019 01:08:25     Nordstrom,    Box 79139,
              Phoenix, AZ 85062-9139
518187170    +EDI: RMSC.COM Jul 27 2019 04:28:00     Syncb/Care Credit,    Box 965036,
              Orlando, FL 32896-5036
518187171    +EDI: RMSC.COM Jul 27 2019 04:28:00     Syncb/GapDC,    Box 965005,   Orlando, FL 32896-5005
518188664    +EDI: RMSC.COM Jul 27 2019 04:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 16


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 26, 2019
                             Form ID: 318              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
          Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
          Jeffrey  Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
          John R. Morton, Jr.  on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Ralph A Ferro, Jr   on behalf of Joint Debtor Jamie B. White ralphferrojr@msn.com
          Ralph A Ferro, Jr   on behalf of Debtor Ashley C. White ralphferrojr@msn.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor    Provident Funding Associates, L.P.
           ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor    Provident Funding Associates, L.P.
           ecf@powerskirn.com
                                                                                    TOTAL: 9
```