Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.: 19–17755–JKS
                  Chapter: 7
                  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ashley C. White | Jamie B. White |
| 54 Elmwood Terrace | 54 Elmwood Terrace |
| West Caldwell, NJ 07006 | West Caldwell, NJ 07006 |

Social Security No.:
  xxx–xx–3678                                     xxx–xx–9545

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 3, 2019</u>                 <u>John K. Sherwood</u>
                                            Judge, United States Bankruptcy Court